# United States Court of Appeals
## For the First Circuit

No. 13-2353

MICHELE C. TETREAULT,

Plaintiff, Appellant,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY;
THE LIMITED LONG TERM DISABILITY PROGRAM,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on October 6, 2014 is amended as follows:

On the coversheet, line 40, replace "Joshua M. Cachrach" with "Joshua Bachrach"